665 A.2d 386

IN THE MATTER OF JEFFREY W. BURNS,
AN ATTORNEY AT LAW.

October 20, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on June 8, 1995, concluding that **JEFFREY W. BURNS** of **LAKEWOOD,** who was admitted to the bar of this state in 1991, should be suspended from the practice of law for a period of six months for violation of *RPC* 8.4(b), respondent having admitted the commission of three incidents of knowing and unlawful burglary of an automobile, two incidents of theft by unlawful taking, and one incident of unlawful possession of burglary tools;

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JEFFREY W. BURNS** is hereby suspended from the practice of law for a period of six months, retroactive to May 27, 1994, and until further Order of the Court; and it is further

ORDERED that respondent is immediately eligible to apply for reinstatement to practice; and it is further

ORDERED that **JEFFREY W. BURNS** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **JEFFREY W. BURNS** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.